| | |
|---|---|
| STAN SCHIFF, M.D. PH.D, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE CO., et al., <br><br> Defendants. | CASE NO. C17-914 MJP <br><br> ORDER ON MOTION FOR: <br>(1) STAY AND FOR COSTS (RULE 41(D)) <br>(2) RELIEF FROM DEADLINE <br>(3) REMAND (SCHEDULING) <br>(4) PARTIAL SUMMARY JUDGMENT (STAY) |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

The above-entitled Court, having received and reviewed:

1. Defendants' Motion for Stay and for Costs (Rule 41(d)) (Dkt. No. 13), Plaintiff's Response (Dkt. No. 29), and Defendants' Reply (Dkt. No. 30); and

2. Plaintiff's Motion for Relief from Deadline on Defendants' Motion for Summary Judgment (Dkt. No. 22);

3. Plaintiff's Motion to Remand (Dkt. No. 19);

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

1     IT IS ORDERED that Defendants' Motion for Stay and Costs is STRICKEN as moot, Plaintiff having satisfied Defendants' request by paying the $862 in statutory costs sought by the motion.

    IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Dkt. No. 15) is STAYED until the Court has ruled on Plaintiff's pending Motion to Remand.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Relief from Deadline on Defendants' Motion for Summary Judgment is STRICKEN as moot in light of the stay on Defendants' summary judgment motion.

    IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (Dkt. No. 19) is noted for September 29, 2017; Defendants' response is due by September 22 and Plaintiff's reply is due on the noting date.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated September 7, 2017.

Marsha J. Pechman
United States District Judge