Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STAN SCHIFF, M.D., Ph.D., | NO. 2:17-cv-00914 RAJ |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO TERMINATE FURTHER CONSIDERATION OF FEE AWARD |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE CO. and LIBERTY MUTUAL INSURANCE COMPANY, foreign insurance companies, | |
| Defendant. | |

THIS MATTER having come for hearing before the undersigned Judge on Plaintiff's Request to Terminate Further Consideration of Fee Award (Dkt. No. 62), and the Court having considered the materials filed on this issue (including Defendant's non-opposition to the request); now therefore,

IT IS HEREBY ORDERED that Plaintiff's Request to Terminate is GRANTED and the Court hereby terminates the matter for the fee award.

DATED this _9th_ day of __September__, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S REQUEST TO
TERMINATE - 1
(NO. 2:17-CV-00914 MJP)